Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 JUL 15 AM 10:04
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

_____ DEPUTY
BY

MERLINDA INES, Pro se

vs

COUNTRYWIDE HOME LOANS, INC; BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATE HOLDERS CWMBS, INC. CHL MORTGAGE PASS-THROUGH TRUST 2005, HYB 7 MORTGAGE PASS-THROUGH CERTIFICTES, SERIES 2007-HYB7

## SUMMONS IN A CIVIL ACTION
Case No.

'08 CV 1267 WQH NLS

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

MERLINDA L. INES
1737 Copper Penny Drive
Chula Vista, CA 91915
Phone, 760-644-4354

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

JUL 1 5 2008

W. Samuel Hamrick, Jr.
CLERK                                    DATE

J. PARIS

By _____, Deputy Clerk

Summons in a Civil Action                                              Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)