1
MERLINDA L. INES, PRO SE
2
1731 Copper Penny Drive
Chula Vista, CA 91915
3
Phone 760-644-4354

FILED

2008 JUL 25  AM 9: 54

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

THE UNITED STATES DISTRICT COURT

FOR SOUTHERN DISTRICT OF CALIFORNIA

MERLINDA L. INES

       Plaintiff,

    vs.

COUNTRYWIDE HOME LOANS,INC;
BANK OF NEW YORK AS TRUSTEE FOR
THE CERTIFICATE HOLDERS CWMBS, INC.
CHL MORTGAGE PASS-THROUGH TRUST
2005 HYB 7 MORTGAGE PASS-THROUGH
CERTIFICTES,
SERIES 2007-HYB7

       Defendants,

CASE NO.

08 CV 1267 WQH (NLS)

**EX PARTE APPLICATION FOR
TEMPORARY RESTRAINING
ORDER TO STAY DEFENDANTS FROM
TAKING ANY ACTION NEGATIVELY
AFFECTING PLAINTIFF'S  INTERESTS
IN THE SUBJECT PROPERTY;
MEMORANDUM OF POINTS AND
AUTHORITIES.  DECLARATION OF
MERLINDA L. INES; PROPOSED
ORDER.**

## 1.

## INTRODUCTION

Plaintiff MERLINDA L. INES makes this emergency ex parte application to

request a stay until the court determines who is the holder in due course of the

promissory note underlying the wrongful foreclosure sale of her property on February

INES Motion for Emergency Stay 7/24/2008.

- 1

22, 2008.  This TRO is necessary because the plaintiff is a single mother with two children that have been evicted from their home without any adequate remedy.  My family is homeless and desperate to regain our belongings and home.  This application requests that the court issue an order allowing my family to temporarily reinstate my family's rights to regain our possessions pending a court determination of the holder in due course ("HIDC') who may  have a legal right to foreclose and summarily evict my family without a judicial determination of the right to foreclose.

1.  On July 15, 2008, Plaintiff filed her complaint and an ex parte application to stay negative activities threatening her possession and interest in the subject property at 1317 Copper Penny Drive, Chula Vista California.  Countrywide Home Loans was original lender to whom she requested debt and accounting verifications regarding the underlying loan agreement. Countrywide and their successor Bank of America communications stated to plaintiff that they are debt collectors and that they were attempting to collect a debt.  The court denied her initial request for a temporary restraining order on  July 18, 2008.  My unoccupied home is a vandalism target.i

2.  I initiated the land patent process and understood that my property was protected from the lender foreclosure process by my land patent.  Lenders were informed of my land patent and even at the trustee sale on February 22, 2002, I protested the sale as the lender did not have the rights necessary as a holder in due course to conduct the foreclosure sale.  My unoccupied home is not protected now.

3.  After the trustee sale February 22, 2002.  I was not aware that my home ownership was in jeopardy.  I believed that the legal disagreements were getting resolved.  I am not an attorney so I did not understand the legal procedures.  I sought

advice and was assured that there were no problems. I recorded my land patent on March 6, 2008. I researched the county recorders and they showed that the property was held in plaintiff's name. I did not receive any notice of the wrongful unlawful detainer action against me in time to respond. I was given the legal documents after a timely response was due. Inadvertently the unlawful detainer documents were mixed with some junk mail and I saw and opened the envelop after a response was due and thus had no opportunity to respond. The next thing I knew the sheriff notice of eviction was issued . My home is now in lender's possession and prey to transient traffic.

4. My complaint was filed to protect my rights to my home. This matter involves compelling federal issues regarding fraudulent lender practices and failure to demonstrate that they are the holder in due course entitled to hold a foreclosure sale, wrongful and illegal sale of real property that was ignored and unresolved title issues that cloud the title. I intend to file first amended complaint shortly to detail my damages.

5. I respectfully request this ex parte relief  be granted immediately to preserve the status quo. The requested temporary restraining order essentially seeks reinstatement to take care of my family and our possessions while the court determines right to claims against the subject property and who owns my home.

6. The court should grant this ex parte motion to stay execution of eviction in order to save the status quo pending determination of title and fraudulent lender practices.  Substantively, plaintiff is likely to prevail on the merits of the case and defendants have a sufficient legal remedy in monetary damages.

7. In order to maintain the status quo and to preserve the issues presented by defendants, this matter compels the court to assert the protection of the federal

jurisdiction because the wrongful unlawful detainer eviction has displaced my family for week and the court must grant consumer protections, and court intervention is necessary now for it to have any effect whatsoever, particularly in light of the serious questions of the propriety of the wrongful foreclosure and illegal unlawful detainer and illegal activities of lenders Countrywide and its agents.

8. Plaintiff is the victim of fraudulent lender practices including violations of Unfair Business Practice and resulting Fair Debt Collection Practices Act in which nonresponse and ignoring the homeowner culminated in and fundamental fiduciary duties owed to her to enforce her rights to her home for declaratory relief against the alleged holder in due course and self proclaimed debt collector, declaration that the rights of the trustee are invalid and illegal.   INES is wrongfully ousted from her family home before the issues of oppressive and flagarent lender actions can be determined. INES suffer irreparable harm and extreme hardships for which money damages are inadequate.  My home is also subject to being resold without notice or vandalized.

9. Plaintiff intends to amend her complaint to more fully give defendants notice of all her claims.  Defendants are not entitled to their ill gotten gains.  Plaintiff will shortly be filing a first amended complaint alleging violation of various federal codes giving this court jurisdiction

10. Plaintiff will suffer irreparable injury if the eviction is not enjoined until plaintiff has a fair and adequate opportunity to have her claims heard.  Plaintiff has lawful right to her property and it is clear that a fraud was perpetrated on her based on the Countrywide Home Loan, Inc.'s loan documents and subsequent hiding of lender, servicer, and accounting informaton.   Simply put, the defendants have no standing to proceed against plaintiff in foreclosure by their conduct in failure to provide validation and verification of the alleged debt documents, breach of fiduciary duty to protect the borrower's rights, and bait and switch lender tactics.

11.  This motion is based upon the requirement of FRCP65 in that the plaintiffs will suffer irreparable farm for which there is no remedy if an order to stay the foreclosure is not issued.

### THERE IS A VERY GOOD PROBABILITY OF SUCCESS

12.  For the purposes of this motion Plaintiff relies upon to separate sections of the United States Code. The first is 12 USCA § 2605 (b). The second, as will be discussed later, is reliance upon sections of the Fair Debt Collection Practices Act.

### 12 USCA § 2605(b) THE REAL ESTATE SETTLEMENT PROCEDURES ACT

This section of the Code concerns the requirement that a borrower must be notified in writing of any assignment, Sale or transfer of the servicing of the loan to any other person.  The code then goes on to list what must be placed in the notice and the time frame within which it must be sent .  There have been few actions under this section but that does not mean that an action under this section does not stand a reasonable probability of success. The section requires notice to the borrower when there is or has been a change in the  servicing arrangements for his or her loan.

13.  The fact that this is a proper basis is clearly demonstrated in the recent case Marks v. Owen 2008 WL 344210 4 (ND Ca 2008). In this case Plaintiff could not demonstrate that the notice to which she was entitled was insufficient as Judge Illiston ruled. But the clear implication is that such an allegation was indeed possible and could hence be successful under the appropriate circumstance.

The code defines a "servicer" in the wonderfully circular fashion as one "responsible for servicing the loan" 12 USCA 2605(I)(2). It continues that the term "servicing" means "receiving any scheduled periodic payments from the borrower." id at (3).

14.  The court's attention is drawn to the fact that the code does not use the term "directly" in front of "from the borrower" as some sort of qualifier nor does it say that there can be only one  "servicer " at a time.  In fact the if one considers the way in which many mortgages are paid today via an order for a direct transfer from ones account then one's own bank may also be a "servicer".

INES Motion for Emergency Stay 7/24/2008.

- 5

15. Plaintiff understands that the purported foreclosure sale resulted in a "No Sale" foreclosure. Defendants merely made an appearance of transfer of title by their paperwork filing a deed with the county recorder. It appears that plaintiff's property was bundled off to Bank of New York by Bank of America who took over defunct Countrywide. There is no evidence of a Holder in Due course who may be entitled to engage in foreclosure sales, unlawful detainer proceedings, or sheriff evictions.

16. There is no compelling urgency to protect defendant or its assignor. Given the current real estate market, a temporary restraining order will do them virtually no damage. Further the accounting of overpayments, fees, excess interest was not credited and accounted for and is held by defendants. It is unreasonable to chill INES' rights which are protected by the California Constitution's rights under contract and her federal First Amendment rights where she is defending her right to her home. The purpose of the COMPLAINT which has been filed in this matter, is to protect her contractual rights and let the public know that they could be targets of the bad business practices of plaintiff's breach of contractual agreement and egregious conduct..

17. If this court denies the ex parte motion, the result will irreversibly injure the public policy of rights to contract and protection from unfair business practices and fraudulent conduct. There will be no injury to defendants if the Court grants this motion to reinstate plaintiff's family in their home to maintain the status quo, while the court determines the issues of the holder in due course re title and accounting dispute.

18. BALANCING. To do otherwise will leave INES and her family wrongfully homeless without a remedy. The balance of hardships tips in plaintiff's favor to allow her to address the wrongful foreclosure and her homeless family.

## MEMORANDUM OF POINTS AND AUTHORITIES

INES Motion for Emergency Stay 7/24/2008.

## SUMMARY OF PLAINTIFF'S CLAIMS

Wrongful Foreclosure.  Plaintiffs= action arises from defendant's= exercise OVER Plaintiff's protest of a wrongful foreclosure without demonstrating that they are the holder in due course.   Plaintiff is forced to bring the within filed action and ex parte emergency request to stay immediately a foreclosure sale on her home.  No one proved defendant had the right or legal authority to foreclose on Plaintiff's real property,   Such Lender misconduct over the years recently came to light.   The mortgage industry acts intentionally to misrepresent fraud on the consumer.  This constitutes fraud on the court as well as fraud on the consumer.

This is so serious an issue that <u>there is a clear mandate to issue a stay</u> to maintain the "status quo" pending a full adjudication.

**ISSUE WRONGFUL FORECLOSURE**    Because most foreclosures proceed without challenges from borrowers, few judges have forced defendant creditors foreclosing on borrowers to show proof ownership. The troubling big issue is who really owns the mortgage note, and allegedly what they illegally securitized.

**ISSUE: STANDING TO  BRING FORECLOSURE**. There has been no determination of standing to execute a foreclosure sale.   A holder in due course must produce the original contract and the original unaltered promissory note entitling them to proceed against the homeowner's title and possession.   Lender did what it wanted to do without judicial determination over plaintiff's protest.

**<u>ISSUES OF STANDING TO EXECUTE A FORECLOSURE SALE WERE NEVER</u>**

**<u>DETERMINED AND CONSTITUTE A FRAUD ON THE COURT.</u>**

**ISSUE:  FRAUD ON THE COURT**.  Foreclosures take place in courts of equity. Under the rules of evidence this court has the responsibility to keep the status quo until it is determined there is no fraud on the court. If foreclosing defendant is not the holder in due course ("HIDC"), <u>the court is being told</u> that they have a right to foreclosure when <u>they do not</u>. Lender does what it wants to do.

The only one with foreclosure rights is the HIDC.  To be the HIDC you must have the original wet ink signature note.  All others are Holder for Value ("HFV") and have very limited rights.   The court must not determine or confirm a foreclosure sale if:

(1) title is misrepresented and/or there is no commercial sale;

(2) the original, unaltered note is not produced;

(3)  there is a holder in due course, not simply a holder for value; and/or

(4) there is illegal securitization; and

(5) the contract terms were unconscionable and/or statutory violations are

determined by wrongful foreclosure sale which was conducted fraudulently,  or

justice otherwise was not done.

### FORECLOSURE REQUIRES THE ORIGINAL NOTE.

Defendant's long standing practice of non judicial foreclosure does not equate with legal compliance.  Defendant lender enforces its deception mandate where defendant alleges it owns the promissory note and the original contract, but does not.   This court is compelled to stop defendants at the gate and adjudicate the basic requirements prior to proceeding with at foreclosure sale or alternatively, to reinstate the plaintiff's family while these issues are adjudicated.

**NO EVIDENCE OF HOLDER IN DUE COURSE IN POSSESSION OF NOTE**: There is no competent evidence before the court that (1) any party is the holder of the alleged note or the true holder in due course and (2) an audit accounting to prove that a certain balance is due and owing on any alleged note.

Unequivocally Federal and state courts rule is that in order to prove the "instrument" <u>possession is mandatory</u>.

**NO EVIDENCE OF AUDIT ACCOUNTING PROVING CLAIM OF DAMAGES**. In addition, a necessary element of proof is: a claim of damages, i.e. an accounting that is signed and dated by the person who is responsible for the account incorporating the general ledger and accounting. Of course, no tender can be submitted without an audited correct accounting.

**NO EVIDENCE OF DOCUMENTATION OF OWNERSHIP.**    Thus, more compliance documentation of ownership is required from lenders trying to foreclose. If the homeowner <u>does not object</u>, the judge rubber-stamps the mortgage foreclosure that is being pushed through the system. The Court must take responsible action to halt this injustice.

In essence, Defendants provided no proven right or legal authority to foreclose on plaintiff's real property. A copy of the note does not suffice. Defendants' intentional misrepresentation of their fraud on the consumer constitutes a fraud on the court. The court must issue a stay to against defendants until further order to enjoin them from taking any action negatively affecting plaintiff.

**THE DETERMINATION OF HOLDER IN DUE COURSE AND ACCOUNTING IS TANTAMOUNT ISSUE REQUIRED TO QUIET TITLE DISPUTES AND COMPELS THE ISSUANCE OF THE REQUESTED INJUNCTIVE RELIEF.**

The compelling need to quiet title disputes provides a separate basis for plaintiffs' claims and for his requested emergency preliminary injunction. In addition, the Plaintiff intends to file a first amended complaint shortly to detail all her damages. Based <u>solely</u> on the need to quiet title and the relevant, egregious facts as set forth in pleadings and plaintiff's declaration, she is more than likely to succeed on the merits of her claims in particular due to succeed on the merits of her claims in particular due to the failure to respond to her inquiries to establish debt verification,  obtain an audit accounting, credit

his tender and payments, and determine the holder in due course of the original contract and wet signature original promissory note.

Unquestionably, undisclosed information constitutes the "actual or threatened misappropriation" of the PROPERTY that may be enjoined. There is no proof of the identity of the holder in due course who was entitled to proceed in a foreclosure sale.

**2.**

## LEGAL REQUIREMENTS FOR ISSUANCE OF
## TEMPORARY RESTRAINING ORDER

Under Federal Rule of Civil Procedure 65(b) the court recognizes an ex parte TRO is available without notice.

**INITIAL REQUIREMENTS OF TRO**. The initial requirement for the issuance of a TRO is that the moving party must demonstrate what the courts have always labeled the fundamental requirements that there is irreparable injury and the inadequacy of legal remedy. See Weinberger v Romero-Barcedo 456 US 305, 312, 102 S.Ct 1978 (1982). The general rule is that a Temporary Restraining Order or a preliminary injunction is for the purpose of preserving the status quo, that is the condition at the time of filing, until there can be an adjudication on the merits.

The party seeking a TRO must satisfy a cumulative burden of proving four elements before a TRO can be granted:

(1) a substantial likelihood of success on the merits;

(2) a substantial threat of immediate and irreparable harm for which it has no

adequate remedy at law;

(3) that greater injury will result from denying the

temporary restraining order than from its being granted; and

INES Motion for Emergency Stay 7/24/2008.

(4)    that a temporary restraining order will not disserve the public interest.

Clark v. Prichard, 812 F.2d 991, 993 (5th Cir. 1987).


Similar to the temporary restraining order ("TRO") Federal courts consider two (2) interrelated factors in deciding whether to issue a preliminary injunction: (1) likelihood of success on the merits; and (2) interim harm, Hilb, Rogal & Hamilton Ins. Servs. v. Robb, 33 CA4th 1812, 1819 (1995). The issuance of an injunction should not be adverse to the public interest. The degree of irreparable harm decrease as the probability of success decreases.  Roe v. Anderson 13 F.3d 1400, 1402 (CA9 1998).

1. **Likelihood of success on the merits**.

In addition to previous assertions re the likelihood of success, when the potential harm to plaintiff is balanced against the rights of the defendant, greater injury will be inflicted upon plaintiff in the loss of her home than upon defendant. Plaintiffs are not required to show positively that they will prevail on the merits. A reasonable probability is sufficient See Glider v PGA Tour Inc. 936 F. 2nd 417, 422 (9 Cir 1991). Here it is undisputed that the defendant has not been identified and demonstrated that they are the holder in due course.

.    A plaintiff may meet her burden by showing " either a combination of probable success on the merits and the possibility of irreparable injury; or serious questions as to these matters and the balance of hardships tips sharply in the plaintiffs favor" Department of Parks & Rec for the State of California v. Bazaar Del Mundo Inc.448 F. 3rd 1118,1123 (9h Cir 2006). The court continued to note that the two "formulations

represent two points on a sliding scale in which the required degree of irreparable harm increases as the probability of success decreases" id at pg 1123-1124.

It is undeniable that defendants failed to demonstrated that they are a holder in due course, failed to produce the original wet ink signature on the original promissory note and the original contract documentation.  Defendant denies a full accountability for their responses to plaintiffs, and most troubling defendant failed to credit all plaintiffs' payments and full tender of the note.

In this case the plaintiff demonstrated the existence that there is a reasonable likelihood of success with regards  to  very serious questions. Unlike the case decided by Judge Whelan a little over a month ago, Lyndon v. Countrywide Home Loans (Docket number 08 - CV-0837) May 13, 2008,  the plaintiff here has both filed suit and sought relief and made protest prior to the occurrence of the sale.  Plaintiff was unable to proceed in a more timely fashion due her false understanding that a land patent was protecting her home property.  It is respectfully requested that the Court restore and maintain the status quo until it can decide on the primary issues of the accounting for the alleged  debt and proof of the holder in due course.

The public interest will be served by allowing plaintiff to reinstate in the home, preventing her family from further distress from becoming homeless until the issues of right to holder in due course is determined.   Public interest will not be disserved by issuing a temporary restraining order to restore and maintain the status quo.

### THERE IS A HIGH PROBABILITY OF SUCCESS BASED ON STATUTORY PROTECTION OF CONSUMER RIGHTS IN THE REAL ESTATE INDUSTRY.

Underlying issues of alleged wrongful foreclosure are troubling to the homeowner consumer and easily disregarded by the lender defendant. Plaintiff relies on the

separate sections of the United States Code and state law regarding Fair Debt

Collection Practices Act. 12 USCA § 2605 (b). THE REAL ESTATE SETTLEMENT

PROCEDURES ACT.

In this case it is not known if defendants have any significant or sufficient rights to

initiate a non-judicial foreclosure. <u>Nor has there been any validation of the debt by the</u>

<u>lender</u>. In fact there has been no audited accounting made to plaintiff. This is troubling

because plaintiffs made payments and full tender which was kept by defendant and not

credited to her account. If the status quo is not reinstated and maintained, a greater

injury will be suffered by the plaintiff and her displaced family suffering more than any

harm that might be suffered by the defendant. This court is mandated to issue a stay to

keep the status quo until the standing to foreclose is determined by the court.

One of the purposes of the real estate Settlement Procedures Act was to protect

borrowers and give them a tool by which they could protect themselves beyond TILA

requirements to halt **fraud and misrepresentation** in the mortgage industry and to halt

**preying on consumers.  This is so serious an issue that there is a clear mandate**

**to issue a stay to reinstate andmaintain the "status quo" pending a full**

**adjudication.**

2. <u>Interim Harm</u>

**Irreparable Injury.** The real property being wrongfully foreclosed on is the family

home. Real property is unique and something for which no amount of monetary

damages will compensate. Since the February wrongful disclosure, plaintiff has

investigated and requested relief when she discovered that the land patent was not

effective protection.

**B.**   Plaintiff faces full damages and ongoing losses by the loss of possession of her property by foreclosure . Plaintiff seeks a determination whether the defendants had a legal right to hold the foreclosure. To deny an equitable stay of execution until there is actual proof that defendants and/or his agents and successors have the right to the relief they seek which is not reviewed by any court is extremely draconian and harsh.

In an abundance of caution and based upon legal and equitable considerations,this Court should enter a Temporary Restraining Order to restore her possession of her home to maintain the status quo and to allow Plaintiff and Defendants to set forth their respective claims.

**Inadequacy of Remedy**.   A home is an important unique investment where one chooses to make his life, to build a future, and is not replaceable.   Plaintiff will suffer irreparable harm in the loss of her home and possessions and can not be compensated for that loss. That substantial threat of irreparable harm outweighs any potential harm to the other parties.

**BALANCING**   The issue underlying this suit is a foreclosure of real property a remedy which should plaintiff be unsuccessful, the real property will not be lost. It is unlikely that defendants will be placed in much jeopardy, given the current nature of the real estate market. They will essentially suffer no damage at all. In contrast the home is used as a family home and a family is homeless. The wrongful foreclosure displaced the family and inflict more damages

**Bond Requirements**.

The court has discretion to determine the imposition of bonding requirements if, in the courts discretion such a bond is necessary.   Since the underlying issue is a foreclosure

of real property, the value of the real property remains even if plaintiff is unsuccessful. In the current real estate market, it is most unlikely that Defendants will be placed in much jeopardy.

The court must take note that plaintiff has justifiably requested the right for proof that there is a right to actually legally hold the foreclosure sale. To require a bond in these circumstances would have a chilling effect to penalize the consumer for exercising his protected statutory rights. Accordingly, it is requested that no bond be required.

## CONCLUSION

Based on the foregoing and the application for emergency restraining order , Plaintiff respectfully request that this Honorable Court to issue a stay against defendants until further order to enjoin them from taking any action negatively affecting plaintiff and her family.

Dated: July 24, 2008                    Respectfully submitted,


_____
Merlinda L. Ines, Plaintiff in pro se

### DECLARATION OF MERLINDA I. INES

I, MERLINDA I. INES, declare:

1. I, am the plaintiff in the within matter.  The facts set forth herein are within my personal knowledge and, if called upon to do so, I could and would competently testify thereto under oath.  This declaration is made in support of my request for ex parte stay of immediate wrongful eviction from my home.

2    In good faith I believed the promises of the lender, but lender Countrywide conspired to wrongfully discredit my mortgage account  Instead in the face of their erroneous and misleading communications they frequently proclaimed that they were debt collectors.  They failed to keep me informed of the status of my loan or who was my contact for servicing the loan, They conducted a wrongful foreclosure and proceeded via illegal measures to take my home, without addressing my concerns and returning my value and interest. The Countrywide executives who originated my loans were engaged in a massive fraud on homeowners, borrowers and investors," . "They enriched themselves by over $1 billion" [Thursday 7/24/08 CNN news bulletin.]

3.    While the disputed issues of title and accounting are determined, my home must not be resold.  My equity was wrongfully taken without the right over my protest.

4.  I have no remedy for my homeless  family of four from our home, taking our possessions and leaving us homeless.   I intend to file a first amended complaint shortly to detail my damages more explicitly

5. I respectfully request emergency ex parte stay from this court to reinstate my rights to my home possessions to preserve the status quo so my home is not resold.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct. Executed on 24th day of July, 2008 at San Diego, California.

MERLINDA L. INES

INES Motion for Emergency Stay 7/24/2008.

- 16

# Countrywide®
## HOME LOANS

**Account Number 097674549** | Statement date 08/30/2007 | 1 of 2

Property address
1737 Copper Penny Drive

## MONTHLY HOME LOAN STATEMENT

0461028 01 AT 0.334 **AUTO  T1 0 0951 91915-1869
MSR CC AG 0101----0--2-- C0000F50 IN 4 P61493


MERLINDA L INES
1737 Copper Penny Dr
Chula Vista CA 91915-1869

## IMPORTANT NOTICE

*Our records indicate that your loan is in default.*

If you recently sent us the total amount due, please disregard this notice.  However, if you have not yet mailed the total due, please send it with the attached coupon immediately.  Please note that additional amounts may become past due.  Until your account is fully current, Countrywide will proceed with all actions to collect our debt and to protect our interest in your property, and you will be responsible for all costs incurred in this process to the full extent permitted by law.

Please contact your loan counselor to obtain the exact amount due to bring your account fully current.  If you cannot return the total amount due at this time, or if you recently sent less than the total amount due, *it is very important that you contact our office as soon as possible*.  If we do not hear from you, we may return payments that are less than what you owe.

*Countrywide Home Loans — we want to help you*
By refinancing and tapping into your home equity you may be able to get your finances in order. Call today at *1-800-436-2566* to apply to refinance for the cash you need and find out if we can help you.

If you have any questions or need additional information, please contact our office at 1-800-669-6654.

Sincerely,

JAY FRUCHTMAN
Loan Counselor

---

| HOME LOAN SUMMARY | Home loan overview as of 08/30/2007 | | Amount due on 09/01/2007 as of 08/30/2007 | |
|---|---|---|---|---|
| | Principal balance | $587,966.00 | Home loan payment due 09/01/2007 | $4,042.27 |
| | Late Charge if payment received after 09/17/2007 | $183.74 | Past due payment amount | 7,349.58 |
| | | | (see next page for account details) | |

---

Calls may be monitored or recorded to ensure quality service.
We may charge you a fee for any payment returned or rejected by your financial institution, subject to applicable law.

Countrywide is required by law to inform you that communication is from a debt collector.

## HOW TO MAKE A PAYMENT
1. Please
- don't send cash
- don't staple the check to the payment coupon
- don't include correspondence

2. Write the account number on the check or money order.

ake the check payable to
Countrywide Home Loans
Attn: Remittance Processing
PO BOX 10219
VAN NUYS CA 91410-0219

Account number   **097674549**   (7)
Merlinda L Ines
1737 Copper Penny Drive
Chula Vista, CA 91915

**Payment due Sep 1, 2007    *$4,042.27**
**After Sep 17, 2007 late payment   * $4,226.01**
*Payment amount includes late charges. See Home Loan Details for breakdown.

SEE OTHER SIDE FOR IMPORTANT INFORMATION    0951

| Additional Principal | |
| Additional Escrow | |

### Countrywide®
PO BOX 10219
VAN NUYS CA 91410-0219

| Other | |
| Check total | |

0976745497000000404227000422601

# Property Details

For Property Located At
**1737 Copper Penny Dr
Chula Vista, CA 91915-1869
San Diego County**

## Owner Info:

| | | | |
|---|---|---|---|
| Owner Name: | Ines Merlinda L | Tax Billing Zip+4: | 1869 |
| Owner Phone: | (619) 656-3855 | Recording Date: | 08/26/2005 |
| Tax Billing Address: | 1737 Copper Penny Dr | Annual Tax: | $10,874 |
| Tax Billing City & State: | Chula Vista CA | County Use Code: | 1 Family Residence |
| Tax Billing Zip: | 91915 | Universal Land Use: | SFR |

## Location Info:

| | | | |
|---|---|---|---|
| Tract Number: | 14813 | Flood Zone Panel: | 0602842177F |
| Subdivision: | Chula Vista Tct 01-11 Otay Ranch Vil | School District: | Sweetwater Un |
| Zoning: | 1 | Map Coordinates: | 1311-J7 |
| Census Tract: | 133.13 | Carrier Route: | R019 |
| Flood Zone Code: | X | Flood Panel Date: | 06/19/1997 |

## Tax Info:

| | | | |
|---|---|---|---|
| Tax ID: | 643-731-22-00 | Total Assessment: | $666,264 |
| Tax Year: | 2007 | % Improv: | 48% |
| Annual Tax: | $10,874 | Tax Area: | 01265 |
| Assessment Year: | 2007 | Legal Description: | Lot 71 |
| Land Assessment: | $346,800 | Lot Number: | 71 |
| Improved Assessment: | $319,464 | | |

## Characteristics:

| | | | |
|---|---|---|---|
| Lot Acres: | .1131 | Total Baths: | 3 |
| Lot Sq Ft: | 4925.3548 | Full Baths: | 3 |
| Building Sq Ft: | 2,491 | Garage Type: | Garage |
| Total Units: | 2 | Garage Capacity: | 2 |
| Bedrooms: | 4 | Effective Year Built: | 2005 |

## Last Market Sale:

| | | | |
|---|---|---|---|
| Recording Date: | 08/26/2005 | Deed Type: | Grant Deed |
| Settle Date: | 07/08/2005 | Owner Name: | Ines Merlinda L |
| Sale Price: | $653,500 | Seller: | Otay R7/10 Llc |
| Document No: | 739057 | Price Per Sq Ft: | $262.34 |

## Sales History:

| | | | |
|---|---|---|---|
| Recording Date: | 03/06/2008 | 02/28/2008 | 08/26/2005 |
| Sale Price: | | $577,500 | $653,500 |
| Nominal: | Y | | |
| Sale/Tax Stamp Type: | Unknown | | Full |
| Multi/Split Sale Type: | | | |
| Buyer Name: | Ines Merlinda L | Bank Of New York 2005-Hyb7 | Ines Merlinda L |
| Seller Name: | Ines Merlinda L | Recontrust Co Na | Otay R7/10 Llc |
| Document No: | 118458 | 102131 | 739057 |
| Document Type: | Quit Claim Deed | Trustee's Deed | Grant Deed |

## Mortgage History:

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I am employed in the County of San Diego, State of California.  I am over the age of 18 years and not a party to the within action.  My address is 954 Surrey Drive, Bonita, CA 91902.  On July 25, 2008, I served the documents named below on the parties in this action as follows:

DOCUMENT(S) SERVED  EX PARTE APPLICATION FOR  TEMPORARY RESTRAINING ORDER TO STAY DEFENDANTS FROM TAKING ANY ACTION NEGATIVELY AFFECTING PLAINTIFF'S  INTERESTS IN THE SUBJECT PROPERTY; MEMORANDUM OF POINTS AND AUTHORITIES.  DECLARATION OF MERLINDA L. INES; PROPOSED ORDER.

SERVED UPON: BANK OF NEW YORK, SUCCESSOR IN INTEREST TO Countrywide Home Loans

      (BY MAIL)  I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Diego California.  I am readily familiar with the practice  for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same    day as it is placed for collection.

      (BY PERSONAL SERVICE)  I delivered the documents to the person listed on the attached proof of service.

      (BY FEDERAL EXPRESS)  I am readily familiar with the practice of collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by Federal Express for overnight delivery.

XX   (BY FACSIMILE)  I caused to be transmitted the document(s) described herein at approximately  N/A via the fax number(s) FOR Bank of New York

XX   (STATE)  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 25, 2008, at San Diego, California.

Declarant Signature: _Dennis Gray_

Dennis Gray

INES Motion for Emergency Stay 7/24/2008.

- 18

# DUE PRESENTMENT UNDER NOTARY SEAL SETTLEMENT

## NOTICE TO PRINCIPAL IS NOTICE TO AGENT
## NOTICE TO AGENT IS NOTICE TO PRINCIPAL

**From**:     C. Morton, notary public
         **FBO: MERLINDA L. INES**
         2568 Fenton Place
         National City, CA 91950

**To**:      **Respondents:**

         **COUNTRYWIDE HOME LOANS INC.**
         P.O .BOX 10219
         VAN NUYS,CA.91410-0219
         Certified Mail No.7007 0220 0004 3072 7076

         **BANK OF NEW YORK**
         1 WALL STREET 10th FL.
         NEWYORK, NY
         Certified Mail No. 7007 2560 0000 6380 893

         **KEENAN E. McCLENAHAN ESQ.**
         1665 SCENIC AVE.
         COSTA MESA, CA 92626

**Re**:      RESPA QUALIFIED WRITTEN REQUEST, COMPLAINT, DISPUTE OF DEBT &
         VALIDATION OF DEBT LETTER, TILA REQUEST.  **MERLINDA L. INES**

**Service**:   **Notary's Certificate of Service**

Dear Respondents:

        Under authority[1] of the California Statutes governing the office of Notaries and their powers and limitations and the International, US UCC §§ 3-501, 3-502, 3-503, 3-504, 3-505, 1-307 and California UCC Articles and Sections §§ 3501, 3502, 3503, 3504, 3505, 1307, California Government Code §§ 8205, 8208, 8209, and at the request of MERLINDA L. INES, DUE PRESENTMENT is hereby made of: RESPA QUALIFIED WRITTEN REQUEST, COMPLAINT, DISPUTE OF DEBT & VALIDATION OF DEBT LETTER, TILA REQUEST Certified Mail No **7007 0220 0004 3072 7076,** as noted, in pertaining to that certain **Account # 097674549.** The documents listed on the attached Certificate of Service from **MERLINDA L.**

---

[1] US Constitution Article IV Section 1 – Full faith and credit shall be given in each state to the public acts, records, and judicial proceedings of every other state. And the congress may by general laws prescribe the manner in which such acts, records and proceedings shall be proved, and the effect thereof.

Exhibit 1                    1

**097674549**.  The documents listed on the attached Certificate of Service from **MERLINDA L. INES. INES**, require you to provide to **MERLINDA L. INES**, an answer, so it is received by the undersigned notary public at the address noted below within sixty (60) days of midnight of the day following your receipt hereof, in any case no later than September 21, 2008.

**MERLINDA L. INES** has requested presentment of this RESPA QUALIFIED WRITTEN REQUEST, COMPLAINT, DISPUTE OF DEBT & VALIDATION OF DEBT LETTER, TILA REQUEST.

Non-performance will be certified in accord with International and US and California UCC Articles and Sections §§ 3-508, 3-509, 3-510, 1-202.  Failure to do so shall constitute your **stipulation and confession and consent/agreement** by means of silence with any and all claims and/or violations herein-stated in the default provisions or any other law.  Evidence of such shall be certified by the public official (Notary Public) noted below.

Failure to fulfill the request within the respective deadlines will be certified for evidentiary purposes.

Thank you kindly for your attention.


WITNESS my hand and official seal.


_C Morton - a Notary Public_          _7/21/08_
                                      DATE

C. Morton, notary public
**FBO: MERLINDA L. INES**
2568 Fenton Place
National City, CA 91950



My commission expires: _4/26/2011_

C. MORTON
COMM. # 1741918
NOTARY PUBLIC - CALIFORNIA
SAN DIEGO COUNTY
MY COMM. EXP. APR. 26, 2011

(Seal)


**VOID WHERE PROHIBITED BY LAW**





*MERLINDA L. INES*
*1737 COPPER PENNY DRIVE*
*CHULA VISTA,CA.91915*


COUNTRYWIDE HOME LOANS, INC
P.O.BOX 10219
VAN NUYS, CA.91410-0219


ATTN: ACCOUNT MANAGER

Certified Mail #: **7007  0220 0004 3072 7076**

July 21, 2008


# RESPA QUALIFIED WRITTEN REQUEST, COMPLAINT, DISPUTE OF DEBT & VALIDATION OF DEBT LETTER, TILA REQUEST


**This letter is a "qualified written request" in compliance with and under the Real Estate Settlement Procedures Act, 12 U.S.C. Section 2605(e) and Regulation X at 24 C.F.R. 3500, and The Gramm Leach Bliley Act.**


REF: Alleged Account # 097674549

Dear Madam or Sir:

I am writing to you to complain about the accounting and servicing of this mortgage and my need for understanding and clarification of various sale, transfer, funding source, legal and beneficial ownership, charges, credits, debits, transactions, reversals, actions, payments, analyses and records related to the servicing of this account from its origination to the present date.

To date, the documents and information I have, that you have sent, and the conversations with your service representatives, have been unproductive and have not answered many questions. It is my understanding that your company may have been accused of engaging in one or more predatory servicing or lending and servicing schemes. As a consumer, I am extremely concerned about such practices by anyone, let alone this mortgage company or anyone who has any interest this matter. I am concerned that such abuses are targeting the uneducated and uninformed consumer and disadvantaged, poor, elderly and minority Americans.

Needless to say, I am most concerned. I am worried that potential fraudulent and deceptive practices by unscrupulous mortgage brokers; sales and transfers of mortgage servicing rights; deceptive and fraudulent servicing practices to enhance balance sheets; deceptive, abusive and

Merlinda L Ines - RESPA REQUEST Page 1 of 19

fraudulent accounting tricks and practices may have also negatively affected any credit rating, mortgage account and/or the debt or payments that I am currently, or may be legally obligated to. I hereby demand absolute 1st hand evidence from you of the original uncertificated or certificated security regarding account number 097674549. In the event you do not supply me with the very security it will be a positive confirmation on your part that you never really created and owned one. I also hereby demand that a chain of transfer from you to wherever the security is now be promptly sent to me as well. Absent the actual evidence of the security I have no choice but to dispute the validity of your lawful ownership, funding, entitlement right, and the current debt you allege I owe. By debt I am referring to the principal balance you claim I owe; the calculated monthly payment, calculated escrow payment and any fees claimed to be owed by you or any trust or entity you may service or subservice for.


**To independently validate this debt, I need to conduct a complete exam, audit, review and accounting of this mortgage account from its inception through the present date. Upon receipt of this letter, please refrain from reporting any negative credit information [if any] to any credit reporting agency until you respond to each of the requests.**

I also request that you kindly conduct your own investigation and audit of this account since its inception to validate the debt you currently claim I owe. I would like you to validate this debt so that it is accurate to the penny!

Please do not rely on previous servicers or originators records, assurances or indemnity agreements and refuse to conduct a full audit and investigation of this account.
I understand that potential abuses by you could have deceptively, wrongfully, unlawfully, and/or illegally:
Increased the amounts of monthly payments.
Increased the principal balance I owe;
Increased escrow payments;
Increased the amounts applied and attributed toward interest on this account;
Decreased the proper amounts applied and attributed toward principal on this account; and/or
Assessed, charged and/or collected fees, expenses and misc. charges I am not legally obligated to pay under this mortgage, note and/or deed of trust.

I request you insure that I have not been the victim of such predatory servicing or lending practices.   To insure this, I have authorized a thorough review, examination, accounting and audit of mortgage account # 097674549 by mortgage auditing and predatory servicing or lending experts. This exam and audit will review this mortgage account file from the date of initial contact, application and the origination of this account to the present date written above.

Again this is a Qualified Written Request under the Real Estate Settlement Procedures Act, codified as Title 12 § 2605 (e)(1)(B) (e) and Reg. X § 3500.21(f)2 of the United States Code as well as a request under Truth In Lending Act [TILA] 15 U.S.C. § 1601, et seq. RESPA provides substantial penalties and fines for non-compliance or failure to answer my questions provided in this letter within sixty [60] days of its receipt!

In order to conduct the examination and audit of this loan, I need to have full and immediate disclosure including copies of all pertinent information regarding this loan. The documents requested and answers to my questions are needed by my self and others to insure that this loan:

Merlinda L Ines - RESPA REQUEST Page 2 of 19

Was originated in lawful compliance with all federal and state laws, regulations including, but not limited to Title 62 of the Revised Statutes, RESPA, TILA, Fair Debt Collection Act, HOEPA and other laws;

That any sale or transfer of this account or monetary instrument, was conducted in accordance with proper laws and was a lawful sale with complete disclosure to all parties with an interest;

That the claimed holder in due course of the monetary instrument/deed of trust/asset is holding such note in compliance with statutes, State and Federal laws and is entitled to the benefits of payments;

That all good faith and reasonable disclosures of transfers, sales, Power of Attorney, monetary instrument ownership, entitlements, full disclosure of actual funding source, terms, costs, commissions, rebates, kickbacks, fees etc. were and still are properly disclosed to me;

That each servicers and/or sub-servicers of this mortgage has serviced this mortgage in accordance with statute, laws and the terms of mortgage, monetary instrument/deed of trust;

That each servicers and sub-servicers of this mortgage has serviced this mortgage in compliance with local, state and federal statutes, laws and regulations;

That this mortgage account has properly been credited, debited, adjusted, amortized and charged correctly;

That interest and principal have been properly calculated and applied to this loan;

That any principal balance has been properly calculated, amortized and accounted for;
that no charges, fees or expenses, not obligated by me in any agreement, have been charged, assessed or collected from this account;

In order to validate this debt and audit this account, I need copies of pertinent documents to be provided to me. I also need answers, <u>certified</u>, in writing, to various servicing questions. For each record kept on computer or in any other electronic file or format, please provide a paper copy of all information in each field or record in each computer system, program or database used by you that contains any information on this account number or my name.

As such, please send to me, at the address above, copies of the documents requested below as soon as possible. Please also provide copies of:

1)      Any certificated or uncertificated security, front and back, used for the funding of account # 097674549.

2)      Any and all "Pool Agreement(s)" including account # 097674549 between COUNTRYWIDE HOME LOANS,INC, BANK OF NEW YORK and any government sponsored entity, hereinafter (GSE).

3)      Any and all "Deposit Agreement(s)" regarding account # 097674549 or the "Pool Agreement" including account # 097674549 between COUNTRYWIDE HOME LOANS,INC, BANK OF NEW YORK and any GSE.

4).       Any and all "Servicing Agreement(s)" between COUNTRYWIDE HOME LOANS,INC, BANK OF NEW YORK and any GSE.

5)       Any and all "Custodial Agreement(s)" between COUNTRYWIDE HOME LOANS,INC, BANK OF NEW YORK and any GSE.

6)       Any and all "Master Purchasing Agreement" between COUNTRYWIDE HOME LOANS,INC, BANK OF NEW YORK and any GSE.

7)       Any and all "Issuer Agreement(s)" between COUNTRYWIDE HOME LOANS,INC, BANK OF NEW YORK and any GSE.

8)       Any and all "Commitment to Guarantee" agreement(s) between COUNTRYWIDE HOME LOANS,INC, BANK OF NEW YORK and any GSE.

9)       Any and all "Release of Document agreements" between COUNTRYWIDE HOME LOANS,INC, BANK OF NEW YORK and any GSE.

10)       Any and all "Master Agreement for servicer's Principle and Interest Custodial Account" between COUNTRYWIDE HOME LOANS,INC, BANK OF NEW YORK and any GSE.

11)       Any and all "Servicers Escrow Custodial Account" between COUNTRYWIDE HOME LOANS,INC, BANK OF NEW YORK and any GSE.

12)       Any and all "Release of Interest" agreements between COUNTRYWIDE HOME LOANS,INC, BANK OF NEW YORK and any GSE.

13)       Any Trustee agreement(s) between COUNTRYWIDE HOME LOANS,INC, BANK OF NEW YORK and COUNTRYWIDE HOME LOANS,INC, BANK OF NEW YORK trustee regarding account # 097674549 or pool accounts with any GSE.

14)       Please send to the requester a copy of any documentation evidencing any trust relationship regarding the Mortgage/Deed of Trust **and** any Note in this matter.

15)       Please send to the requester a copy of any and all document(s) establishing any Trustee of record for the Mortgage/Deed of Trust **and** any Note.

16)    .   Please send to the requester a copy of any and all document(s) establishing the date of any appointment of Trustee Mortgage/Deed of Trust **and** any Note. Please also include any and all assignments or transfers or nominees of any substitute trustee(s).

17)       Please send to the requester a copy of any and all document(s) establishing any Grantor for this Mortgage/Deed of Trust **and** any Note.

18)       Please send to the requester a copy of any and all document(s) establishing any Grantee for this Mortgage/Deed of Trust **and** any Note.

19)       Please send to the requester a copy of any and all document(s) establishing any Beneficiary for this Mortgage/Deed of Trust **and** any Note.

20) Please send to the requester any documentation evidencing the Mortgage or Deed of trust is **not** a constructive trust or any other form of trust.

21) All data, information, notations, text, figures and information contained in your mortgage servicing and accounting computer systems including, but not limited to Alltel or Fidelity CPI system, or any other similar mortgage servicing software used by you, any servicers, or sub-servicers of this mortgage account from the inception of this account to the date written above.

22) All descriptions and legends of all Codes used in your mortgage servicing and accounting system so that the examiners, auditors and experts retained to audit and review this mortgage account may properly conduct their work.

23) All assignments, transfers, allonge, or other document evidencing a transfer, sale or assignment of this mortgage, deed of trust, monetary instrument or other document that secures payment by me to this obligation in this account from the inception of this account to the present date including any such assignments on MERS.

24) All records, electronic or otherwise, of assignments of this mortgage, monetary instrument or servicing rights to this mortgage including any such assignments on MERS.

25) All deeds in lieu, modifications to this mortgage, monetary instrument or deed of trust from the inception of this account to the present date.

26) The front and back of each and every canceled check, money order, draft, debit or credit notice issued to any servicers of this account for payment of any monthly payment, other payment, escrow charge, fee or expense on this account.

27) All escrow analyses conducted on this account from the inception of this account until the date of this letter;

28) The front and back of each and every canceled check, draft or debit notice issued for payment of closing costs, fees and expenses listed on any and all disclosure statement(s) including, but not limited to, appraisal fees, inspection fees, title searches, title insurance fees, credit life insurance premiums, hazard insurance premiums, commissions, attorney fees, points, etc.

29) Front and back copies of all payment receipts, checks, money orders, drafts, automatic debits and written evidence of payments made by others or me on this account.

30) All letters, statements and documents sent to me by your company;

31) All letters, statements and documents sent to me by agents, attorneys or representatives of your company;

32) All letters, statements and documents sent to me by previous servicers, sub-servicers or others in your account file or in your control or possession or in the control or possession of any affiliate, parent company, agent, sub-servicers, servicers, attorney or other representative of your company.

33) All letters, statements and documents contained in this account file or imaged by you, any servicers or sub-servicers of this mortgage from the inception of this account to present date.

34)      All electronic transfers, assignments, sales of the note/asset, mortgage, deed of trust or other security instrument.

35)      All copies of property inspection reports, appraisals, BPOs and reports done on the property.

36)      All invoices for each charge such as inspection fees, BPOs, appraisal fees, attorney fees, insurance, taxes, assessments or any expense, which has been charged to this mortgage account from the inception of this account to the present date.

37)      All checks used to pay invoices for each charged such as inspection fees, BPOs, appraisal fees, attorney fees, insurance, taxes, assessments or any expense which has been charged to this mortgage account from the inception of this account to the present date.

38)      All agreements, contracts and understandings with vendors that have been paid for any charge on this account from the inception of this account to the present date.

39)      All account servicing records, payment payoffs, payoff calculations, ARM audits, interest rate adjustments, payment records, transaction histories, account histories, accounting records, ledgers, and documents that relate to the accounting of this account from the inception of this account until present date?

40)      All account servicing transaction records, ledgers, registers and similar items detailing how this account has been serviced from the from the inception of this account until present date?

Further, in order to conduct the audit and review of this account, and to determine all proper amounts due, I need the following answers to questions concerning the servicing and accounting of this mortgage account from its inception to the present date. Accordingly, can you please provide me, in writing, the answers to the questions listed below.

## ACCOUNT ACCOUNTING & SERVICING SYSTEMS
1)      Please identify for me each account, accounting, and servicing system used by you and any sub-servicers or previous servicers from the inception of this account to the present date so that these experts can decipher the data provided.

2)      For each account accounting and servicing system identified by you and any sub-servicers or previous servicers from the inception of this account to the present date, please provide the name and address of the company or party that designed and sold the system.

3)      For each account accounting and servicing system used by you and any sub-servicers or previous servicers from the inception of this account to the present date, please provide the complete transaction code list for each system so that I, and others can adequately audit this account.

## DEBITS & CREDITS
1)      In a spreadsheet form or in letter form in a columnar format, please detail for me each and every credit on this account and the date such credit was posted to this account as well as the date any credit was received.

2)      In a spreadsheet form or in letterform in a columnar format, please detail for me each and every debit on this account and the date debit was posted to this account as well as the date any debit was received.

3)      For each debit or credit listed, please provide me with the definition for each corresponding transaction code you utilize?

4)      For each transaction code, please provide us with the master transaction code list used by you or previous servicers.

**MORTGAGE & ASSIGNMENTS**
1)      Has each sale, transfer or assignment of this mortgage, monetary instrument, deed of trust or any other instrument I executed to secure this debt been recorded in the county property records in the county and state in which my property is located from the inception of this account to the present date? Yes or No?

2)      If not, why?

3)      Is your company the servicers of this mortgage account or the holder in due course and beneficial owner of this mortgage, monetary instrument and/or deed of trust?

4)      Have any sales, transfers or assignments of this mortgage, monetary instrument, deed of trust or any other instrument I executed to secure this debt been recorded in any electronic fashion such as MERS or other internal or external recording system from the inception of this account to the present date? Yes or No?

5)      If yes, please detail for me the names of each seller, purchaser, assignor, assignee or any holder in due course to any right or obligation of any note, mortgage, deed or security instrument I executed securing the obligation on this account that was not recorded in the county records where my property is located whether they be mortgage servicing rights or the beneficial interest in the principal and interest payments.

**ATTORNEY FEES**
1)      For purposes of my questions below dealing with attorney fees, please consider the terms attorney fees and legal fees to be one in the same.

2)      Have attorney fees ever been assessed to this account from the inception of this account to the present date?

3)      If yes, please detail each separate assessment, charge and collection of attorney fees to this account from the inception of this account to the present date and the date of such assessment to this account?

4)      Have attorney fees ever been charged to this account from the inception of this account to the present date?

5)      If yes, please detail each separate charge of attorney fees to this account from the inception of this account to the present date and the date of such charge to this account?

6)      Have attorney fees ever been collected from this account from the inception of this account to the present date?

7)      If yes, please detail each separate collection of attorney fees from this account from the inception of this account to the present date and the date of such collection from this account?

8)      Please provide for me the name and address of each attorney or law firm that has been paid any fees or expenses related to this account from the inception of this account to the present date?

9)      Please identify for me in writing the provision, paragraph, section or sentence of any note, mortgage, deed of trust or any agreement I signed authorized the assessment, charge or collection of attorney fees?

10)     Please detail and list for me in writing each separate attorney fee assessed to this account and for which corresponding payment period or month such fee was assessed from the inception of this account to present date.

11)     Please detail and list for me in writing each separate attorney fee collected from this account and for which corresponding payment period or month such fee was collected from the inception of this account to present date.

12)     Please detail and list for me in writing any adjustments in attorney fees assessed and on what date such adjustment was made and the reasons for such adjustment.

13)     Please detail and list for me in writing any adjustments in attorney fees collected and on what date such adjustment were made and the reasons for such adjustment.

14)     Has interest been charged on any attorney fee assessed or charged to this account? Yes or No?

15)     Is interest allowed to be assessed or charged on attorney fees charged or assessed to this account? Yes or No?

16)     How much in total attorney fees have been assessed to this account from the inception of this account until present date? $_____

17)     How much in total attorney fees have been collected on this account from the inception of this account until present date? $_____

18)     How much in total attorney fees have been charged to this account from the inception of this account until present date? $_____

19)     Please send to me copies of all invoices and detailed billing statements from any law firm or attorney that has billed such fees that been assessed or collected from this account.

**SUSPENSE/UNAPPLIED ACCOUNTS**
For purposes of this section, please treat the term suspense account and unapplied account as one in the same.

1)      Has there been any suspense or unapplied account transactions on this account from the inception of this account until present date?

Merlinda L Ines - RESPA REQUEST Page 8 of 19

2)    If yes, please explain the reason for each and every suspense transaction that occurred on this account? If no, please skip the questions in this section dealing with suspense and unapplied accounts.

3)    In a spreadsheet or in letter form in a columnar format, please detail for me each and every suspense or unapplied transaction, both debits and credits that has occurred on this account from the inception of this account until present date?

## LATE FEES

For purposes of my questions below dealing with late fees, please consider the terms late fees and late charges to be one in the same.

1)    Have you reported the collection of late fees on this account as interest in any statement to me or to the IRS? Yes or No?

2)    Has any previous servicers or sub-servicers of this mortgage reported the collection of late fees on this account as interest in any statement to me or to the IRS? Yes or No?

3)    Do you consider the payment of late fees as liquidated damages to you for not receiving payment on time? Yes or No?

4)    Are late fees considered interest? Yes or No?

5)    Please detail for me in writing what expenses and damages you incurred for any payment I made that was late.

6)    Were any of these expenses or damages charged or assessed to this account in any other way? Yes or No?

7)    If yes, please describe what expenses or charges were charged or assessed to this account?

8)    Please describe for me in writing what expenses you or others undertook due to any payment I made, which was late?

9)    Please describe for me in writing what damages you or others undertook due to any payment I made, which was late?

10)    Please identify for me in writing the provision, paragraph, section or sentence of any note, mortgage, deed of trust or any agreement I signed authorized the assessment or collection of late fees?

11) Please detail and list for me in writing each separate late fee assessed to this account and for which corresponding payment period or month such late fee was assessed from   the inception of this account to present date.

12)    Please detail and list for me in writing each separate late fee collected from this account and for which corresponding payment period or month such late fee was collected from the inception of this account to present date.

13)    Please detail and list for me in writing any adjustments in late fees assessed and on what date such adjustment was made and the reasons for such adjustment.

14)    Has interest been charged on any late fee assessed or charged to this account? Yes or No?

15)    Is interest allowed to be assessed or charged on late fees charged or assessed to this account? Yes or No?

16)    Have any late charges been assessed to this account? Yes or No?

17)    If yes, how much in total late charges have been assessed to this account from the inception of this account until present date? $_____

18)    Please provide me with the exact months or payment dates you or other previous servicers of this account claim I have been late with a payment from the inception of this account to the present date.

19)    Have late charges been collected on this account from the inception of this account until present date? Yes or No?

20)    If yes, how much in total late charges have been collected on this account from the inception of this account until present date? $_____

**PROPERTY INSPECTIONS**
1)    For purposes of this section property inspection and inspection fee refer to any inspection of property by any source and any related fee or expense charged, assessed or collected for such inspection.

2)    Have any property inspections been conducted on my property from the inception of this account until the present date?

3)    If your answer is no, you can skip the rest of these questions in this section concerning property inspections?

4)    If yes, please tell me the date of each property inspection conducted on my property that is the secured interest for this mortgage, deed or note?

5)    Please tell me the price charged for each property inspection?

6)    Please tell me the date of each property inspection?

7)    Please tell me the name and address of each company and person who conducted each property inspection on my property?

8)    Please tell me why property inspections were conducted on my property?

9)    Please tell me how property inspections are beneficial to me.

10)    Please tell me how property inspections are protective of my property.

11)    Please explain to me your policy on property inspections.

12)    Do you consider the payment of inspection fees as a cost of collection? Yes or No?

13)    If yes, why?

14)    Do you use property inspections to collect debts? Yes or No?

15)    Have you used any portion of the property inspection process on my property to collect a debt or inform me of a debt, payment or obligation I owe?

16)    If yes, please answer when and why?

17)    Please identify for me in writing the provision, paragraph, section or sentence of any note, mortgage, deed of trust or any agreement I signed that authorized the assessment or collection of property inspection fees?

18)    Have you labeled in any record or document sent to me a property inspection as a misc. advance? Yes or No?

19)    If yes, why?

20)    Have you labeled in any record or document sent to me a property inspection as a legal fee or attorney fee? Yes or No?

21)    If yes, why?

22)    Please detail and list for me in writing each separate inspection fee assessed to this account and for which corresponding payment period or month such fee was assessed from the inception of this account to present date.

23)    Please detail and list for me in writing each separate inspection fee collected from this account and for which corresponding payment period or month such fee was collected from the inception of this account to present date.

24)    Please detail and list for me in writing any adjustments in inspection fees assessed and on what date such adjustment was made and the reasons for such adjustment.

25)    Please detail and list for me in writing any adjustments in inspection fees collected and on what date such adjustment was made and the reasons for such adjustment.

26)    Has interest been charged on any inspection fees assessed or charged to this account? Yes or No?

27)    If yes, when and how much was charged?

28)    Is interest allowed to be assessed or charged on inspection fees charged or assessed to this account? Yes or No?

29)    How much in total inspection fees have been assessed to this account from the inception of this account until present date? $_____

Merlinda L Ines - RESPA REQUEST Page 11 of 19

30)    How much in total inspection fees have been collected on this account from the inception of this account until present date? $ _____

31)    Please forward to me copies of all property inspections made on my property in this mortgage account file.

32)    Has any fee charged or assessed for property inspections been placed into escrow account? Yes or no?

**BPO FEES**
1)    Have any BPOs [Broker Price Opinions] been conducted on my property?

2)    If yes, please tell me the date of each BPO conducted on my property that is the secured interest for this mortgage, deed or note?

3)    Please tell me the price of each BPO?

4)    Please tell me who conducted each BPO?

5)    Please tell me why BPOs were conducted on my property

6)    Please tell me how BPOs are beneficial to me.

7)    Please tell me how BPOs are protective of my property.

8)    Please explain to me your policy on BPOs.

9)    Have any BPO fees been assessed to this account? Yes or No?

10)    If yes, how much in total BPO fees have been assessed to this account? $ _____

11)    Have any BPO fees been charged to this account? Yes or No?

12)    If yes, how much in total BPO fees have been charged to this account? $ _____

13)    Please tell me specifically what clause, paragraph and sentence in the note, mortgage or deed of trust or any agreement I have executed allows you to assess, charge or collect a BPO fee from me.

14) Please send to me copies of all BPO reports that have been done on my property.

15) Has any fee charged or assessed for A BPO been placed into escrow? Yes or no?

**FORCED-PLACED INSURANCE**
1)    Have you placed or ordered any forced-placed insurance polices on my property?

2)    If yes, please tell me the date of each policy ordered or placed on my property that is the secured interest for this mortgage, deed or note?

3)    Please tell me the price of each policy?

4)      Please tell me the agent for each policy?

5)      Please tell me why each policy was placed on my property.

6)      Please tell me how the policies are beneficial to me.

7)      Please tell me how policies are protective of my property.

8)      Please explain to me your policy on forced-placed insurance.

9)      Have any forced-placed insurance fees been assessed to this mortgage or escrow account? Yes or No?

10)     If yes, how much in total forced-placed policy fees have been assessed to this account? $_____

11)     Have any forced-placed insurance fees been charged to this mortgage or escrow account? Yes or No?

12)     If yes, how much in total forced-placed insurance fees have been charged to this mortgage or escrow account? $_____

13)     Please tell me specifically what clause, paragraph and sentence in the note, mortgage or deed of trust or any agreement I have executed allows you to assess, charge or collect forced-placed insurance fees from me.

14)     Do you have any relationship with the agent or agency that placed any policies on my property? If yes, please describe.

15)     Do you have any relationship with the carrier that issued any policies on my property? If yes, please describe.

16)     Has the agency or carrier you used to place a forced-placed insurance policy on my property provided you any service, computer system, discount on policies, commissions, rebates or any form of consideration? If yes, please describe.

17)     Do you maintain a blanket insurance policy to protect your properties when customer policies have expired?

18)     Please send to me copies of all forced-placed insurance policies that have been ordered on my property.

## SERVICING RELATED QUESTIONS

For each of the following questions listed below, please provide me with a detailed explanation in writing that answers each question. In addition, I need the following answers to questions concerning the servicing of this mortgage account from its inception to the present date. Accordingly, can you please provide me, in writing, the answers to the questions listed below:

1)      Did the originator or previous servicers of this account have any financing agreements or contracts with your company or an affiliate of your company?

Merlinda L Ines - RESPA REQUEST Page 13 of 19

2)      Did the originator of this account or previous servicers of this account have a warehouse account agreement or contract with your company?

3)      Did the originator of this account or previous servicers of this account receive any compensation, fee, commission, payment, rebate or other financial consideration from your company or any affiliate of your company for handling, processing, originating or administering this loan? If yes, please describe and itemize each and every form of compensation, fee, commission, payment, rebate or other financial consideration paid to the originator of this account by your company or any affiliate.

4)      Please identify for me where the originals of this entire account file are currently located and how they are being stored, kept and protected?

5)      Where is the original monetary instrument or mortgage I signed located? Please describe its physical location and anyone holding this note as a custodian or trustee if applicable.

6)      Where is the original deed of trust or mortgage and note I signed located? Please describe its physical location and anyone holding this note as a custodian or trustee if applicable.

7)      Since the inception of this loan, has there been any assignment of my monetary instrument/asset to any other party? If the answer is yes, identify *the names and addresses of each and every individual, party, bank, trust or entity that has received such assignment?*

8)      Since the inception of this loan, has there been any assignment of the deed of trust or mortgage and note to any other party? If the answer is yes, would you kindly identify the names and addresses of each and every individual, party, bank, trust or entity that has received such assignment?

9)      Since the inception of this loan, has there been any sale or assignment of servicing rights to this mortgage account to any other party? If the answer is yes, would you kindly identify the names and addresses of each and every individual, party, bank, trust or entity that has received such assignment or sale.

10)     Since the inception of this loan, has any sub-servicers serviced any portion of this mortgage loan? If the answer is yes, would you kindly identify the names and addresses of each and every individual, party, bank, trust or entity that has sub-serviced this mortgage loan.

11)     Has this mortgage account been made a part of any mortgage pool since the inception of this loan? If yes, please identify for me each and every account mortgage pool that this mortgage has been a part of from the inception of this account to the present date.

12)     Has each and every assignment of my asset/monetary instrument been recorded in the county land records where the property associated with this mortgage account is located?

13)     Has there been any electronic assignment of this mortgage with MERS [Mortgage Electronic Registration System] or any other computer mortgage registry service or computer program? If yes, please identify the name and address of each and every individual, entity, party, bank, trust or organization or servicers that has been assigned the mortgage servicing rights to this account as well as the beneficial interest to the payments of principal and interest on this loan.

Merlinda L Ines - RESPA REQUEST Page 14 of 19

14)    Have there been any investors [as defined in your industry] who have participated in any mortgage-backed security, collateral mortgage obligation or other mortgage security instrument that this mortgage account has ever been a part of from the inception of this mortgage to the present date? If yes, please identify the name and address of each and every individual, entity, organization and/or trust.

15)    Please identify for me the parties and their addresses to all sales contracts, servicing agreements, assignments, alonges, transfers, indemnification agreements, recourse agreements and any agreement related to this account from its inception to the current date written above.

16)    Please provide me with copies of all sales contracts, servicing agreements, assignments, alonges, transfers, indemnification agreements, recourse agreements and any agreement related to this account from its inception to the current date written above.

17)    How much was paid for this individual mortgage account by you?

18)    If part of a mortgage pool, what was the principal balance used by you to determine payment for this individual mortgage loan.

19)    If part of a mortgage pool, what was the percentage paid by you of the principal balance above used to determine purchase of this individual mortgage loan.

20)    Who did you issue a check or payment to for this mortgage loan?

21)    Please provide me copies with the front and back of canceled check.

22)    Did any investor approve the foreclosure of my property?

23)    Has HUD assigned or transferred foreclosure rights to you as required by 12 USC 3754?

24)    Please identify all persons who approved the foreclosure of my property!

Please provide me with the documents I have requested and a detailed answer to each of my questions within the required lawful time frame. Upon receipt of the documents and answers, an exam and audit will be conducted that may lead to a further document request and answers to questions under an additional QWR letter.

Copies of this Qualified Written Request, Validation of Debt, TILA and request for accounting and legal records, Dispute of Debt letter are being sent to FTC, HUD, Thrift Supervision, all relevant state and federal regulators; and other consumer advocates; and my congressman.

It is my hope that you answer this RESPA REQUEST in accordance with law and the questions, documents and validation of debt to the penny and correct any abuse(s) or scheme(s) uncovered and documented.

**Default Provision(s) under this QUALIFIED WRITTEN RESPA REQUEST**
COUNTRYWIDE HOME LOANS,INC, BANK OF NEW YORK's or any agents, transfers, or assigns omissions of or agreement by silence of this RESPA REQUEST via certified rebuttal of any and all points herein this RESPA REQUEST", agrees, stipulates, and consents to including but not limited by any violations of law and/or immediate terminate/remove any and all right,
Merlinda L Ines - RESPA REQUEST Page 15 of 19

·title and interests (liens) in Merlinda L Ines'sor any property or collateral connected to Merlinda L Ines's or account # 097674549 and waives any and all immunities or defenses in claims and or violations agreed to in this RESPA REQUEST including but not limited by any and all:

1. Merlinda L Ines's's right, by breach of fiduciary responsibility and fraud and misrepresentation revocation and rescinding of any and all power of attorney or appointment COUNTRYWIDE HOME LOANS,INC, BANK OF NEW YORK may have or may have had in connection with account # 097674549 and any property and/or real estate connected with account # 097674549.

2. Merlinda L Ines's's right to have any certificated or uncertificated security re-registered in Merlinda L Ines's, and only Merlinda L Ines's's name.

3. Merlinda L Ines's's right of collection via COUNTRYWIDE HOME LOANS,INC, BANK OF NEW YORK's liability insurance and/or bond.

4. Merlinda L Ines'sentitlement in filing and executing any instruments, as power of attorney for and by COUNTRYWIDE HOME LOANS,INC, BANK OF NEW YORK, including but not limited by a new certificated security or any security agreement perfected by filing a UCC Financing Statement with the Secretary of State in the State where the COUNTRYWIDE HOME LOANS,INC, BANK OF NEW YORK is located.

5. Merlinda L Ines right to damages because of COUNTRYWIDE HOME LOANS,INC, BANK OF NEW YORK's wrongful registration, breach of intermediary responsibility with regard toMerlinda L Ines's asset by COUNTRYWIDE HOME LOANS,INC, BANK OF NEW YORK issuing to Merlinda L Ines'sa certified check for the original value of Merlinda L Ines'smonetary instrument.

6. Merlinda L Ines'sright to have account # 097674549 completely set off because of COUNTRYWIDE HOME LOANS,INC, BANK OF NEW YORK's wrongful registration, breach of intermediary responsibility with regard to Merlinda L Ines'smonetary instrument/asset by COUNTRYWIDE HOME LOANS,INC, BANK OF NEW YORK sending confirmation of set off of wrongful liability of Merlinda L Ines'sand issuing a certified check for the difference between the original value of Merlinda L Ines'smonetary instrument/asset and what Merlinda L Ines'smistakenly sent to COUNTRYWIDE HOME LOANS,INC, BANK OF NEW YORK as payment for such wrongful liability.

COUNTRYWIDE HOME LOANS,INC, BANK OF NEW YORK or any transfers, agents or assigns offering a rebuttal of this RESPA REQUEST must do so in the manner of this "RESPA REQUEST" in accordance of and in compliance with current statutes and/or laws by signing in the capacity of a fully liable man or woman being responsible and liable under the penalty of perjury while offering direct testimony with the official capacity as an appointed agent for COUNTRYWIDE HOME LOANS,INC, BANK OF NEW YORK in accordance with COUNTRYWIDE HOME LOANS,INC, BANK OF NEW YORK's Articles of Incorporation, Article of Incorporation, By Laws duly signed by a current and duly sworn under oath director(s) of such corporation/Holding Corporation/National Association. Any direct rebuttal with certified true and complete accompanying proof must be posted with the Notary Public whose address is listed below within sixty days. When no verified rebuttal of this "RESPA REQUEST" is made in a timely manner, a "Certificate of Non-Response" serves as COUNTRYWIDE HOME LOANS,INC, BANK OF NEW YORK's stipulated judgment and consent/agreement by means

of silence with any and all claims and/or violations herein-stated in the default provisions or any other law.

**Power of Attorney:** When COUNTRYWIDE HOME LOANS,INC, BANK OF NEW YORK fails by not rebutting to any part of this "RESPA REQUEST" COUNTRYWIDE HOME LOANS,INC, BANK OF NEW YORK agrees with the granting unto Merlinda L Ines's unlimited **Power of Attorney** and any and all full authorization in signing or endorsing COUNTRYWIDE HOME LOANS,INC, BANK OF NEW YORK's name upon any instruments in satisfaction of the obligation(s) of this RESPA REQUEST/Agreement or any agreement arising from this agreement. Pre-emption of or to any Bankruptcy proceeding shall not discharge any obligation(s) of this agreement. Consent and agreement with this Power of Attorney by COUNTRYWIDE HOME LOANS,INC, BANK OF NEW YORK waives any and all claims of Merlinda L Ines's, and/or defenses and remains in effect until satisfaction of all obligation(s) by COUNTRYWIDE HOME LOANS,INC, BANK OF NEW YORK has been satisfied.

Sincerely,

Merlinda L Ines's

## NOTARY'S CERTIFICATE OF SERVICE

It is hereby certified, that on July  2 1  st  , 2008, the undersigned Notary Public mailed to:

COUNTRYWIDE HOME LOANS,INC,. **(Copy)**
Certified Mail No. **7007 0220 0004 3072 7076**
**P.O.BOX 10219**
VAN NUYS,CA.91410-0219

**BANK OF NEW YORK (Copy)**
**1 WALL STREET 10th FL**
**NEW YORK, NY. 10286**
Certified Mail No. **7007 2560 0000 6380 0893**


KEENAN E. MC CLENAHAN, ESQ. **(Copy)**
1665 SCENIC AVENUE
COSTA MESA,CA. 92626


Hereinafter jointly and severally referenced as "Recipient" or "Recipients," the documents pertaining to that certain Account # 097674549, regarding **Merlinda L Ines's** as follows:

1. Due Presentment Under Notary Seal, one (3) pages;
2. RESPA QUALIFIED WRITTEN REQUEST, COMPLAINT, DISPUTE OF DEBT & VALIDATION OF DEBT LETTER, TILA REQUEST
3. USPS Proof of Delivery for Items above. (1) page;

By means designated above, Return Receipt Requested, by placing same in a postpaid envelope properly addressed to Recipient at the said address and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the State of California.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.


C Morton - A Notary Public                              7/21/08
**NOTARY PUBLIC**                                        **DATE**


My commission expires:  4/26  ,  20 11

C. Morton, notary public
**FBO: Merlinda L Ines's**                               (Seal)
2568 Fenton Place
National City, CA 91950



CC:

1. Federal Trade Commission
600 Pennsylvania Avenue NW,
Washington, DC. 20580

3. Office of RESPA and Interstate Land Sales
Office of Housing, Room 9146
Department of Housing and Urban Development
451 Seventh Street, SW

2. Office of Housing Enterprise Oversight (OFHEO )
1700 G Street, NW., Fourth Floor,
Washington, DC 20552.