1   MILES, BAUER, BERGSTROM & WINTERS, LLP
    Tami S. Crosby, SBN 129021
2   1665 Scenic Avenue, Suite 200
3   Costa Mesa, CA 92626
    714-481-8355
4   714-481-9152 Facsimile
5
    Attorneys for Defendants
6   COUNTRYWIDE HOME LOANS, INC.,
    BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATE
7   HOLDERS CWMBS, INC. CHL MORTGAGE
8   PASS-THROUGH CERTIFICATES, SERIES 2007-HYB7

9                    UNITED STATES DISTRICT COURT
10         SOUTHERN DISTRICT OF CALIFORNIA – SAN DIEGO

11  MERLINDA L. INES, Pro Se              )  Case No:  08-CV-1267-WQH-NLS
                                          )
12             Plaintiff,                 )  **DEFENDANTS' AMENDED NOTICE OF**
13        v.                              )  **MOTION RE MOTION TO DISMISS**
                                          )  **PLAINTIFF'S VERIFIED COMPLAINT FOR**
14  COUNTRYWIDE HOME LOANS, INC.;         )  **FAILURE TO STATE A CLAIM UPON**
15  BANK OF NEW YORK AS TRUSTEE FOR       )  **WHICH RELIEF CAN BE GRANTED**
    THE CERTIFICATE HOLDERS CWMBS,        )
16  INC. CHL MORTGAGE PASS-THROUGH        )  (FRCP Rules 8, 9 and 12(B)(6))
    CERTIFICATES, SERIES 2007-HYB7,       )
17                                        )  Date:   September 8, 2008
18             Defendants.                )  Time:   11:00 a.m.
                                          )  Courtroom: 4
19                                        )
20                                        )  NO ORAL ARGUMENT, UNLESS
                                          )  REQUESTED BY THE COURT
21  _____  )

22  TO: PLAINTIFF MERLINDA L. INES, PRO SE:

23  PLEASE TAKE NOTICE that on September 8, 2008, at 11:00 a.m., in Courtroom 4, or as soon

24  thereafter as the matter may be heard in the above-entitled Court, located at the U.S. District Court,

25  Southern District of California, 940 Front Street, San Diego, CA 92101-8900; Defendants

26  COUNTRYWIDE HOME LOANS, INC.; BANK OF NEW YORK AS TRUSTEE FOR THE

27  CERTIFICATE HOLDERS CWMBS, INC. CHL MORTGAGE PASS-THROUGH

28

1  CERTIFICATES, SERIES 2007-HYB7 (hereinafter collectively "Defendants") will and hereby do,

2  respectfully move the Court for an order dismissing this action as to said Defendants, in its entirety,

3  with prejudice. Please take further notice, that pursuant to Civil Local Rule 7.1(d)(1), the Court will

4  not hear oral arguments, unless specifically requested by the Court, and will resolve the motion on the

5  submitted papers.  If the Court decides to hear oral arguments, the Court will contact the parties.

6      This Motion is made pursuant to Federal Rules of Civil Procedure ("FRCP"), Rules 8, 9, and

7  12(b)(6), on the grounds that Plaintiff's Complaint fails to state a claim upon which relief can be

8  granted as to the Defendants; and Plaintiff's Complaint fails to comply with FRCP, Rules 8 and 9.

9      This Motion will be based upon this Notice of Motion and upon the accompanying

10  Memorandum of Points and Authorities, upon all papers and pleadings on file in this action, and upon

11  such other and further matters as the court may permit to be presented at the time of the hearing.

12

13                          Miles, Bauer, Bergstrom & Winters, LLP

14  Dated: August 5, 2008                By:____/s/ Tami S. Crosby_____
                                         Tami S. Crosby
15                                       Attorneys for Defendants
16                                       COUNTRYWIDE HOME LOANS, INC.,
                                         BANK OF NEW YORK AS TRUSTEE FOR THE
17                                       CERTIFICATE HOLDERS CWMBS, INC. CHL
                                         MORTGAGE PASS-THROUGH CERTIFICATES,
18                                       SERIES 2007-HYB7

19
20
21
22
23
24
25
26
27
28

DEFENDANTS' AMENDED NOTICE OF MOTION RE MOTION TO DISMISS PLAINTIFF'S VERIFIED
COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED
N:\WORDDATA\CV\Ines, Merlinda\Pleadings\Amended Notice re Motion to Dismiss.doc

PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 1665 Scenic Avenue, Suite 200, Costa Mesa, California 92626-9804.

On 8/5/08, I caused to be personally served a copy of the following document(s):

DEFENDANTS' NOTICE OF MOTION RE DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S VERIFIED COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED

BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with First Class postage, thereon fully prepaid at Costa Mesa, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. I have placed a true and correct copy thereof in a sealed envelope(s) with postage thereon fully prepaid addressed as follows:

Merlinda L. Ines, Pro se
1731 Copper Penny Drive
Chula Vista, CA 91915
(760) 644-4354
(Plaintiff, pro se)

STATE: I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

FEDERAL: I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on 8/5/08, at Costa Mesa, California.

/s/ Marion Pineda
Marion Pineda

- 3 -
DEFENDANTS' AMENDED NOTICE OF MOTION RE MOTION TO DISMISS PLAINTIFF'S VERIFIED COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED
N:\WORDDATA\CV\Ines, Merlinda\Pleadings\Amended Notice re Motion to Dismiss.doc