# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

**FILED**
2008 AUG -7 AM 11:34
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

*This space for Clerk's Office File Stamp*

TO: ☒ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE  Hayes
FROM: J. Paris,  Deputy Clerk   RECEIVED DATE: 8/5/08
CASE NO.: 08cv1267    DOCUMENT FILED BY: M. Ines
CASE TITLE: Ines v. Countrywide Home Loans
DOCUMENT ENTITLED: Amended Complaint

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | | OTHER: Amended Complaint requires leave of court, 12(b) motion on file |

Date forwarded: 8/5/08

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☒ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: Judge Hayes

Dated: 8/7/08    By: JK

cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

MERLINDA L. INES
1737 Copper Penny Drive
Chula Vista, CA 91915
Phone, 760-644-4354

**REJECTED**

Plaintiff MERLINDA L. INES

## THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERLINDA L. INES | CASE NO. 08CV1267 WQH (NLS) |
| Plaintiff, | |
| vs. | **FIRST AMENDED** |
| COUNTRYWIDE HOME LOANS, INC; BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATE HOLDERS CWMBS, INC. CHL MORTGAGE PASS-THROUGH TRUST 2005 HYB 7 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HYB7 | **COMPLAINT FOR DAMAGES** |
| Defendants, | |

**CAUSES OF ACTION:**
1. **INJUNCTIVE RELIEF**
2. **STATUTORY DAMAGES**
3. **FRAUD**
4. **BREACH OF CONTRACT**
5. **QUIET TITLE AND**
6. **DECLARATORY RELIEF**

Plaintiff MERLINDA L. INES ("INES") alleges as follows against COUNTRYWIDE HOME LOANS, INC ("Countrywide") and BANK OF NEW YORK AS TRUSTEE FOR

- 1 -

INES FIRST AMENDED COMPLAINT